## McCONNELL *v.* CHEROKEE MINING COMPANY.

Fish, J. 1. Where in the trial of an action for the recovery of land the plaintiff relied upon the contention that he and the defendant held under a common grantor, which was denied by the defendant, proof by the plaintiff that the defendant had in his possession a chain of title to the premises in dispute, one link of which was a conveyance from the person claimed by plaintiff to be such common grantor, was not, without more, sufficient to authorize a verdict for plaintiff, as the defendant, for aught that appeared, may have held a valid title from a different source.

2. There was no error in granting a nonsuit in this case.

*Judgment affirmed. All the Justices concurring.*

Submitted October 9, — Decided November 6, 1901.

Complaint for land. Before Judge Gober. Cherokee superior court. February term, 1901.

*E. W. Coleman,* for plaintiff.   *P. P. DuPre,* for defendant.